IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

GUNNAR H. MERTZ,                                3:10-CV-00260-AC

        Plaintiff,                       ORDER

v.

AMERICAN FAMILY INSURANCE,

        Defendant.

BROWN, Judge.

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#49) on March 16, 2012, in which he recommends this Court deny Defendant's Motion (#41) to Dismiss Under FRCP 12(b)(1) For Lack Of Jurisdiction. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#49). Accordingly, the Court **DENIES** Defendant's Motion (#41) to Dismiss Under FRCP 12(b)(1) For Lack Of Jurisdiction.

IT IS SO ORDERED.

DATED this 11th day of April, 2012.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

2 - ORDER